100 So.2d 50

**James Westley PIERSON**

v.

**STATE.**

**2 Div. 389.**

Supreme Court of Alabama.

Jan. 23, 1958.

Morel Montgomery, Birmingham, for petitioner.

John Patterson, Atty. Gen., and Robt. P. Bradley, Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of James Westley Pierson for certiorari to the Court of Appeals to re-

view and revise the judgment and decision of that Court in Pierson v. State, 100 So. 2d 47.

Writ denied.

LAWSON, GOODWYN and MERRILL, JJ., concur.